IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KATHERINE T. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

On the parties' oral motion,

IT IS ORDERED that Defendant Williams' plea <u>and</u> sentencing in Case No. 4:06CR3121 (in conjunction with the sentencing hearing in Case No. 4:05CR3136) has been scheduled before the undersigned United States district judge on Tuesday, December 19, 2006, at 12:00 noon, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

December 8, 2006.          BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge