IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| KATHERINE T. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court upon Defendant's Notice of Appeal (filing 17) and Motion for Leave to Proceed In Forma Pauperis on appeal (filing 18). In support of her motions, the defendant has submitted an affidavit showing the defendant's inability to pay or to give security for fees and costs, as well as documents claiming an entitlement to redress and stating the issues that the defendant intends to present on appeal. (Filings 8 (order appointing counsel and referencing CJA Financial Affidavit), 17, 18.) See Fed. R. App. P. 24(a). I shall grant the defendant's Motion for Leave to Proceed In Forma Pauperis on appeal, and the defendant may proceed on appeal without prepayment of fees or costs or the giving of security therefor.

    IT IS ORDERED:

    1.    Defendant's Motion for Leave to Proceed In Forma Pauperis on appeal (filing 18) is granted;

    2.    Defendant may proceed on appeal without prepayment of fees or costs;

    3.    The Clerk of the United States District Court for the District of Nebraska shall process Defendant's appeal.

December 26, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge